[Nos. 29966-0-III; 29976-7-III;   Division Three.   March 21, 2013.]
30316-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. COREY J. WILLIAMS, *Appellant*.

*In the Matter of the Personal Restraint of* COREY JAVON WILLIAMS, *Petitioner*.

Appeals from a judgment of the Superior Court for Benton County, No. 09-1-00804-7, Cameron Mitchell, J., entered July 28, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30004-8-III.   Division Three.   March 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ADELELMO BELTRAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00084-5, John M. Antosz, J., entered June 1, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30745-0-III.   Division Three.   March 21, 2013.]

MATT BAKER ET AL., *Appellants*, v. DARREL D. SUNDAY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-2-00586-8, Cameron Mitchell, J., entered March 21, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.